QUINN EMANUEL URQUHART & SULLIVAN, LLP
Morgan W. Tovey (Bar No. 136242)
morgantovey@quinnemanuel.com
Arthur M. Roberts (Bar No. 275272)
arthurroberts@quinnemanuel.com
Kari Wohlschlegel (Bar No. 294807)
kariwohlschlegel@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff Anthony & Sylvan Pools Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Anthony & Sylvan Pools Corporation (successor to General Aquatics, Inc. and KDI Sylvan Pools, Inc.),<br><br>Plaintiff,<br><br>vs.<br><br>Outdoor Sports Gear, Inc. (successor to K2 Inc. and Anthony Industries Inc.),<br><br>Defendant. | CASE NO. 2:16-cv-06658-R<br><br>**ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER**<br><br>The Hon. Manuel Real<br><br>Trial Date: September 5, 2017 |

Plaintiff Anthony & Sylvan Pools Corporation and Defendant Outdoor Sports Gear, Inc. filed a Stipulation for Protective Order re: Confidential Information ("Stipulation"). Having considered the Stipulation, and good cause appearing, it is hereby ORDERED that the Stipulation is GRANTED.

Date: April 12, 2017

_____
Hon. Manuel L. Real, United States District Judge