# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Anthony & Sylvan Pools Corporation (successor to General Aquatics, Inc. and KDI Sylvan Pools, Inc.),<br><br>Plaintiff,<br><br>vs.<br><br>Outdoor Sports Gear, Inc. (successor to K2 Inc. and Anthony Industries Inc.),<br><br>Defendant. | CASE NO. CV 16-6658-R<br><br>**JUDGMENT** |
| Outdoor Sports Gear, Inc. (successor to K2 Inc. and Anthony Industries Inc.),<br><br>Counter-claimant,<br><br>vs.<br><br>Anthony & Sylvan Pools Corporation (successor to General Aquatics, Inc. and KDI Sylvan Pools, Inc.),<br><br>Counter-defendant. | |

WHEREAS, on July 31, 2017, the Court issued an order granting Plaintiff and Counter-defendant Anthony & Sylvan Pools Corporation's ("Plaintiff") motion for partial summary judgment on liability regarding Plaintiff's First Cause of Action (breach of contract) and its Third Cause of Action (declaratory relief). Dkt. No. 57.

WHEREAS, on October 3, 2017, the Court issued an order granting Plaintiff's motion for partial summary judgment in part on Defendant and Counter-claimant Outdoor Sports Gear, Inc.'s ("Defendant") counterclaims for breach of contract and declaratory judgment (as to Section 2.03(b) of the 1996 Asset Purchase Agreement ("1996 APA")), and Defendant's counterclaim for equitable indemnification. Dkt. No. 81.

WHEREAS, Plaintiff withdrew its Second Cause of Action for equitable indemnification. *See* Dkt. No. 91 at 2.

WHEREAS, on May 8, 2018, the Court issued an order following the bench trial granting judgment to Plaintiff on Defendant's counterclaims for breach of contract and declaratory relief (as to Section 10.07 of the 1996 APA); awarding Plaintiff damages in the amount of $415,835.30 and prejudgment interest in the amount of $149,803.14 through March 23, 2018, in addition to a per diem rate of $113.93 through the date of this judgment; and denying Plaintiff's request for attorney's fees for prosecuting this action. *See* Dkt. No. 111.

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Final judgment is entered in favor of Plaintiff and against Defendant for damages in the amount of $415,835.30 and prejudgment interest in the amount of $155,727.50 through May 14, 2018, in addition to a per diem rate of $113.93 through the date of this judgment.

\\\
\\\
\\\
\\\

2. Post-judgment interest shall accrue thereon pursuant to 28 U.S.C. § 1961.

IT IS SO ORDERED.

Dated: May 21, 2018

_____
Hon. Manuel L. Real
United States District Judge